IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                          ) | CRIM. CASE NO. 1:24-cr-8-EM |
| ) | |
| JOEL BARTON ATTIA        ) | |

**MEMORANDUM OPINION and ORDER**

On March 26, 2025, the Court held a status conference in this case to determine whether Defendant Joel Barton Attia ("Attia") should be hospitalized for treatment "for an additional reasonable period of time until . . . his mental condition is so improved that trial may proceed," as the Federal Bureau of Prisons ("BOP") has requested. (*See* doc. 45 at 14); *see also* 18 U.S.C. § 4241(d)(2).[1]  For the reasons stated on the record at the status conference, the Court finds that "there is a substantial probability that within such additional period of time"—specifically, four months—"[Attia] will attain the capacity to permit the proceedings to go forward." *See* 18 U.S.C. § 4241(d)(2).  The Court further finds, and the parties agree, that four months from the date of the BOP's most recent forensic evaluation—February 7, 2025—is a reasonable period of time.  Accordingly, for the reasons stated on the record at the status conference, and for good cause, it is

ORDERED as follows:

1.      Pursuant to 18 U.S.C. § 4241(d)(2), Attia shall remain in the custody of the

---

[1] On June 10, 2024, the Court found that Attia was not competent to stand trial and committed him to the custody of the Attorney General "for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward." (Doc. 24) (quoting 18 U.S.C. § 4241(d)(1)).

Attorney General for an additional period **up to and including June 9, 2025**, to determine whether Attia's mental condition is so improved that trial may proceed;

2. The BOP shall submit to the Court and to counsel for the parties its report regarding Attia's restoration to competency as soon as practicable but **no later than June 23, 2025**;

3. If, prior to June 9, 2025, it is determined that Attia's mental condition is so improved that trial may proceed, the BOP shall notify the Court and counsel for the parties as soon as practicable, and the BOP shall submit its report to the Court and counsel for the parties as soon as practicable but **no later than 14 days after the determination is made**;

4. The BOP is DIRECTED to submit its report to the Court by U.S. mail at **One Church Street, Suite A-300, Montgomery, AL 36104** and also by email to: **markschambers@almd.uscourts.gov**.

DONE this 28th day of March, 2025.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE